UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SACV 17-1940 JVS (DFMx) | Date | November 16, 2017 |
| Title | In re Arenas | | |

Present: The Honorable James V. Selna

| Karla J. Tunis | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:** **(IN CHAMBERS) Order To Show Cause re Lack of Jurisdiction**

The Court has reviewed the Petition for Declaratory Relief filed by Cesar Arenas ("Arenas") on November 2, 2017.

Under the Constitution, the Court is only permitted to adjudicate cases and controversies. (U.S. Constitution, Art. III, section 2.) Arenas has not named any party as a respondent or defendant. Because there is no one to contest the issues he presents, there is no controversy before the Court. As the Court in Flast v. Cohen, 392 U.S. 83, 94-95 (1968), observed:

> Embodied in the words 'cases' and 'controversies' are two complementary but somewhat different limitations. In part those words limit the business of federal courts to questions presented in an adversary context and in a form historically viewed as capable of resolution through the judicial process.

(Emphasis supplied.) The Court may not give advisory opinions. Alabama v. Arizona, 291 U.S. 286, 291 (1934).

Arenas is ordered to show cause within fifteen days why the case should not be dismissed for lack of jurisdiction.

Initials of Preparer    kjt